# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KYLE ALEXANDER

NO. 2024 KW 0161

**APRIL 25, 2024**

---

In Re:   Kyle Alexander, applying for supervisory writs, 23rd
         Judicial District Court, Parish of Assumption, Nos.
         97-37 & 97-39.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

   **WRIT DENIED. REQUEST FOR ORAL ARGUMENT DENIED.**

                    **PMc**
                    **CHH**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY/CLERK OF COURT
      FOR THE COURT